IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br>JAN R. COYLE, an individual, and KOLBET LABS, a Nevada sole proprietorship,<br><br>Defendants. | CASE NO.: C 01-04853-MJJ<br><br>Consolidated With |
| J & L ELECTRONICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br>ELECTRONICS FOR IMAGING, INC.,<br><br>Defendant. | CASE NO.: CV-05-0619-MJJ |

### [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas G. Grace, an active member in good standing of the bar of Illinois, whose business address and telephone number is Santoro, Driggs, Walch, Kearney, Johnson & Thompson, 400 South Fourth Street, Suite 300, Las Vegas, NV 89101, telephone no. (702) 791-0308, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, J & L ELECTRONICS, LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1

1  *vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/31/2005

/s/
MARTIN J. JENKINS
United States Judge

