SANTORO, DRIGGS, WALCH,
  KEARNEY, JOHNSON & THOMPSON
Steven A. Gibson, Esq. (Nevada Bar No. 06656)
James D. Boyle, Esq. (Nevada Bar No. 08348)
Ben West, Esq. (Nevada Bar No. 08306)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: sgibson@nevadafirm.com
Email: jboyle@nevadafirm.com
Email: bwest@nevadafirm.com

*Appearing Pro Hac Vice*

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
Susan G. O'Neill, Esq. (California Bar No. 115133)
Hussein M. Saffouri, Esq. (California Bar No. 177863)
333 Market Street, Suite 2300
San Francisco, California 94105-2173
Telephone:    415/777-3200
Facsimile:    415/541-9366
Email: soneill@hansonbridgett.com
Email: hsaffouri@hansonbridgett.com

*Attorneys for Jan R. Coyle, Kolbet Labs and J&L Electronics, LLC*

HOWREY, LLP
William C. Rooklidge (California Bar No. 134483)
Russell B. Hill (California Bar No. 190070)
Jesse D. Mulholland (California Bar No. 222393)
2020 Main Street, Suite 1000
Irvine, California 92614-8200
Telephone:    949/721-6900
Facsimile:    949/721-6910
Email: rooklidgew@howrey.com
Email: hillr@howrey.com
Email: mulhollandj@howrey.com

*Attorneys for Electronics for Imaging, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAN R. COYLE, an individual, and KOLBET LABS, a Nevada sole proprietorship,<br><br>Defendants. | CASE NO.:   C 01-04853-MJJ<br><br>Consolidated With |

— 1 —

Stipulation and Order of Dismissal of All Claims
With Prejudice
03766-01/30828

| J&L ELECTRONICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>Defendant. | CASE NO.: CV-05-0619-MJJ<br><br>Granted |
|---|---|

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS IN ALL ACTIONS WITH PREJUDICE

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a) and 41(c), Plaintiff and Consolidated Defendant Electronics for Imaging, Inc. ("EFI"), Defendants Jan R. Coyle and Kolbet Labs (collectively, "Defendants"), and Consolidated Plaintiff J&L Electronics, LLC ("J&L"), in the matters of *Electronics for Imaging, Inc. v. Coyle, et al.*, Case No. C-01-4853 MJJ, and *J&L Electronics, LLC v. Electronics for Imaging, Inc.*, Case No. CV-05-0619 MJJ (collectively, the "Actions"), having mutually agreed to settle and resolve the Actions pursuant to the terms of a Confidential Settlement Agreement executed by and between EFI, Defendants and J&L dated September 27, 2005, hereby stipulate and agree to dismiss each and every claim alleged in the Actions as set forth in EFI's Second Amended Complaint (Docket No. 174) and J&L's Second Amended Complaint (Docket No. 26) with prejudice. Each party shall bear its own costs and fees.

///
///
///
///
///
///
///
///

- 2 -

Stipulation and Order of Dismissal of All Claims
With Prejudice
03766-01/30828

## ORDER

This matter having come before the undersigned Judge pursuant to a Stipulation and Order of Dismissal of All Claims In All Actions With Prejudice, brought by Plaintiff and Consolidated Defendant Electronics for Imaging, Inc., Defendants Jan R. Coyle and Kolbet Labs, and Consolidated Plaintiff J&L Electronics, LLC, and the Court having reviewed the Stipulation set forth above, NOW, THEREFORE, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Plaintiff Electronics for Imaging, Inc.'s Second Amended Complaint (Docket No. 174), in the matter of *Electronics for Imaging, Inc. v. Coyle, et al.*, Case No. C-01-4852 MJJ, is hereby dismissed WITH PREJUDICE.

2. Consolidated Plaintiff J&L Electronics, LLC's Second Amended Complaint (Docket No. 26), in the matter of *J&L Electronics, LLC v. Electronics for Imaging, Inc.*, Case No. CV-05-0619 MJJ, is hereby dismissed WITH PREJUDICE.

3. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED 10/4/2005

MARTIN J. JENKINS
UNITED STATES JUDGE

Stipulation and Order of Dismissal of All Claims
With Prejudice
03766-01/30828

- 3 -